UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BURGESS, CDCR #E-83728,<br><br>Plaintiff,<br><br>vs.<br><br>SHAKIBA, Doctor; S. GATES, HCS Service; R. BARENCHI, Chief Medical Officer, HCS; R. ROBERTS, Chairman Executive Officer, HCS; KATHLEEN ALLISON, Director; DOE 1, Chief Medical Officer; MARTIN CONSERVA, Physical Therapist; CLAYTON, Doctor; DOES 1–20, MADDEN, Warden,<br><br>Defendants. | Case No.: 3:22-cv-00750-JO-JLB<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDER** |

   Plaintiff Gary Burgess filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) on May 23, 2022. ECF Nos. 1–2. Plaintiff alleged Defendants violated his Eighth Amendment and equal protection rights by failing to provide him with adequate medical care. ECF No. 1. On May 16, 2023, the Court dismissed the Complaint for failing to state a claim and gave Plaintiff forty-five (45) days to file an amended complaint. ECF No. 13.

1

To date, Plaintiff has failed to amend, and has not requested an extension of time in which to do so. "The failure of the plaintiff eventually to respond to the court's ultimatum– either by amending the complaint or by indicating to the court that [he] will not do so–is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004).

## II.  Conclusion and Order

Accordingly, the Court **DISMISSES** this civil action in its entirety based on Plaintiff's failure to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1), and his failure to prosecute as required by Court's December 19, 2022 Order.

The Court further **CERTIFIES** that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) and **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED.**

Dated: 9/5/23

Honorable Jinsook Ohta
United States District Judge