

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Burgess | Civil Action No.   22-cv-00750-JO-JLB |
| **Plaintiff,** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES this civil action in its entirety based on Plaintiffs failure to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and§ 1915A(b)(l), and his failure to prosecute as required by Court's December 19, 2022 Order.

The Court further CERTIFIES that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). Case is closed.

**Date:**   9/5/23

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  L. Sotelo
L. Sotelo, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  22-cv-00750-JO-JLB

Shakiba
Doctor, CDCR

S. Gates
HCS Service

R. Barenchi
Chief Medical Officer, HCS

R. Roberts
Chairman Executive Officer, HCS

Kathleen Allison
Director, CDCR

Doe 1
Chief Medical Officer

Martin Conserva
Physical Therapist, CDCR, HEM

Clayton
Doctor, Medial Treatment Facility D

Does 2 - 20

Madden
Warden